Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
208 Pine St.
Floyd, VA 24091
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRYAN C.,<br><br>   Plaintiff,<br><br>   v.<br><br>Commissioner of Social Security,<br><br>   Defendant. | 6:21-cv-00136-SB<br><br>ORDER FOR EQUAL ACCESS<br>TO JUSTICE FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $8,258.00. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff, 139 S. Ct. 2521</u> (2010), payment of this award shall be made payable to Plaintiff's attorney: Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

Dated this  20  day of July, 2022.

*Stacie F. Beckerman*

Hon. Stacie F. Beckerman
United States Magistrate Judge

Prepared as to form
/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1